# Order

Michigan Supreme Court
Lansing, Michigan

November 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

154489(80)

TERI WALTERS and KIM WALTERS,
     Plaintiffs-Appellees,

v

DONALD S. FALIK, D.D.S., d/b/a FALIK
FAMILY DENTISTRY, ROBERT C.
FALIK, D.D.S., and JANE DOE,
     Defendants-Appellants.
_____/

SC: 154489
COA: 319016
Eaton CC: 12-000658-NH

     On order of the Chief Justice, the motion of the Michigan Association for Justice to file a late brief amicus curiae is GRANTED. The amicus brief submitted on November 7, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2017



Clerk